**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Frederick Lamont Blue,<br><br>Plaintiff,<br><br>vs.<br><br>North Dakota Department of Corrections and Rehabilitation,<br><br>Defendant. | ) | **ORDER**<br><br>Case No.1:25-cv-121 |

On August 21, 2026, Plaintiff filed a "Request for Remote Participation in Court Conferences and Proceedings." (Doc. No. 31). He requests that the court permit him to appear remotely via telephone or video in any proceedings for which an in-person appearance is not required as his lack of financial resources limit his ability to travel between his home in Seattle, Washington, and the District of North Dakota.

The court permitted Defendant to appear and participate in the scheduling conference in this matter by telephone. The court's orders scheduling the mid-discovery conference and final pretrial conference in this matter provide that the parties are to appear and participate by telephone. Should a dispute regarding discovery arise, this district's local rules provide that the parties are to schedule a conference with the court after they have met and conferred and before they file any discovery motions. Such conferences are typically conducted by telephone. As Plaintiff has been permitted to appear and participate remotely in past proceedings and has already been given instructions on how to appear remotely for future proceedings other than trial, the court deems Plaintiff's request (Doc. No. 31) **MOOT**.

**IT IS SO ORDERED.**

Dated 25th day of August, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court